IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| KAMERINAS ENTERPRISES, INC. § <br> AND MOISES GONZALEZ § <br> § <br> V. § <br> § <br> § <br> SENTINEL INSURANCE COMPANY, LTD § | CASE NO. 5:17-cv-229 |

## LIST OF ALL PARTIES AND COUNSEL OF RECORD

1. Kamerinas Enterprises, Inc. (Plaintiff)

   Represented by:

   Matthew M. Zarghouni
   State Bar No. 24086085
   Matt@zar-law.com
   Zar Law Firm
   7322 Southwest Fwy, Suite 1965
   Houston, Texas 77074
   Telephone: (713) 333-5533
   Facsimile: (832) 448-9149

2. Moises Gonzalez (Plaintiff)

   Represented by:

   Matthew M. Zarghouni
   State Bar No. 24086085
   Matt@zar-law.com
   Zar Law Firm
   7322 Southwest Fwy, Suite 1965
   Houston, Texas 77074
   Telephone: (713) 333-5533
   Facsimile: (832) 448-9149

3. Sentinel Insurance Company, Ltd. (Defendant)

   Represented by:

   Martin R. Sadler
   Texas Bar No. 00788842

msadler@lawla.com
Rebecca A. Moore
Texas Bar No. 24031701
rmoore@lawla.com
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD,
   A LAW CORPORATION
801 Travis Street, Suite 1800
Houston, Texas 77002
Telephone:  (713) 222-1990
Facsimile:  (713) 222-1996

                Respectfully submitted,

                */s/ Martin R. Sadler*
                  Martin R. Sadler
                  Texas Bar No. 00788842
                  msadler@lawla.com
                LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD,
                    A LAW CORPORATION
                801 Travis Street, Suite 1800
                Houston, Texas 77002
                Telephone:  (713) 222-1990
                Facsimile:  (713) 222-1996

                ATTORNEY-IN-CHARGE
                FOR SENTINEL INSURANCE COMPANY, LTD.

OF COUNSEL:

Rebecca A. Moore
Texas Bar No. 24031701
rmoore@lawla.com
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD,
A LAW CORPORATION
801 Travis Street, Suite 1800
Houston, Texas 77002
Telephone:  (713) 222-1990
Facsimile:  (713) 222-1996

2

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the above pleading has been forwarded by Electronic service on this the 27th day of October, 2017 to:

Matthew M. Zarghouni
Zar Law Firm
7322 Southwest Fwy, Suite 1965
Houston, Texas 77074

                                           */s/ Martin R. Sadler*
                                           Martin R. Sadler