IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| KAMERINAS ENTERPRISES, INC. AND MOISES GONZALEZ | § § § | |
| V. | § § | CASE NO. 5:17-cv-229 |
| SENTINEL INSURANCE COMPANY, LTD | § | |

## JOINT NOTICE OF SETTLEMENT

Kamerinas Enterprises, Inc. and Moises Gonzalez ("Plaintiffs") and Sentinel Insurance Company ("Sentinel") file this, their Joint Notice of Settlement, and would show the Court:

The parties advise the Court that the above-referenced matter has settled pending execution and return of final release and settlement documents. Accordingly, the parties jointly request that this Court enter a conditional dismissal to allow the parties 45 days to finalize the settlement and to file a joint motion for dismissal.

(Signatures on following page.)

Respectfully Submitted,

 */s/ Matthew M. Zarghouni*
Attorney-in-Charge
Texas Bar No. 24086085
Federal Bar No. 2100072
Matt@zar-law.com
ZAR LAW FIRM
7322 Southwest Fwy., Suite 1965
Houston, Texas 77074
Telephone: (713)333-5533
Facsimile: (281) 888-3150
ATTORNEY-IN-CHARGE FOR
KAMERINAS ENTERPRISES, INC. and
MOISES GONZALEZ

/s/ *Martin R. Sadler*
Martin R. Sadler
State Bar No. 00788842
Federal ID No. 18230
msadler@lawla.com
LUGENBUHL, WHEATON, PECK, RANKIN &
    HUBBARD, A LAW CORPORATION
801 Travis Street, Suite 1800
Houston, Texas 77002
713/222-1990 Telephone
713/222-1996 Facsimile
ATTORNEY-IN-CHARGE FOR
SENTINEL INSURANCE COMPANY

OF COUNSEL FOR SENTINEL
INSURANCE COMPANY:
Suzanne A. Schlicher
State Bar No. 02601800
Federal ID No. 15040
sschlicher@lawla.com
LUGENBUHL, WHEATON, PECK, RANKIN
    & HUBBARD, A LAW CORPORATION
801 Travis Street, Suite 1800
Houston, Texas 77002
713/222-1990 Telephone
713/222-1996 Facsimile

**C**ERTIFICATE OF **S**ERVICE

I certify that this Joint Notice of Settlement was served on all counsel of record by the Court's ECF system on June 14, 2018.

Matthew M Zarghouni
Zar Law Firm
7322 Southwest Freeway, Suite 1965
Houston, Texas 77074

　　　　　　　　　　　　　　　　　　　　*/s/ Martin R. Sadler*_____
　　　　　　　　　　　　　　　　　　　　Martin R. Sadler