IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| KAMERINAS ENTERPRISES, INC. AND MOISES GONZALEZ | § § § | |
| v. | § § | CASE NO. 5:17-CV-229 |
| SENTINEL INSURANCE COMPANY, LTD | § § § | |

**AGREED MOTION TO DISMISS WITH PREJUDICE**

TO THE HONORABLE JUDGE:

The Parties, Plaintiffs Kamerinas enterprises, Inc., and Moises Gonzalez ("Plaintiffs") and Defendant Sentinel Insurance Company, Ltd. ("Defendant"), file this Agreed Motion to Dismiss with Prejudice and respectfully show the following:

**I.
PROCEDURAL POSTURE**

Plaintiffs sued Defendant for coverage under an insurance policy based on a wind/hail event that allegedly damaged their property located at 5714 Cerrito Prieto Court, Laredo, Texas 78041, on or about May 21, 2017. The insurance policy is identified as Policy No. 65SBATB0306 issued by Sentinel Insurance Company, Ltd. with effective dates of June 16, 2016 to June 16, 2017. Plaintiffs and Defendant have entered into a confidential settlement to amicably resolve all claims and damages. Defendant denies all liability to Plaintiffs.

**II.
AGREED MOTION TO DISMISS**

Because this case has been amicably settled with respect to all claims asserted by Plaintiffs, or that could have been asserted by Plaintiffs, the Parties respectfully request that this Court dismiss all of Plaintiffs' claims against Defendant with prejudice, with each party bearing its own

respective costs and attorneys' fees.   A proposed Agreed Order of Dismissal with Prejudice is attached.

## III.
## PRAYER

The Parties respectfully pray that this Court sign the attached Agreed Order of Dismissal with Prejudice.

Respectfully submitted,

/s/ *Martin R. Sadler*
Martin R. Sadler
Texas Bar No. 00788842
msadler@lawla.com
LUGENBUHL, WHEATON, PECK, RANKIN &
 HUBBARD, A LAW CORPORATION
801 Travis Street, Suite 1800
Houston, Texas 77002
Telephone:  (713) 222-1990
Facsimile:  (713) 222-1996

ATTORNEY FOR DEFENDANT,
SENTINEL INSURANCE COMPANY, LTD.


/s/ *Matthew M. Zarghouni*
Matthew M. Zarghouni
Texas Bar No. 24086085
Federal Bar No. 2100072
Matt@zar-law.com
ZAR LAW FIRM
7322 Southwest Fwy., Suite 1965
Houston, Texas 77074
Telephone: (713)333-5533
Facsimile: (281) 888-3150
ATTORNEY-IN-CHARGE FOR KAMERINAS
ENTERPRISES, INC. and MOISES GONZALEZ

2

## **CERTIFICATE OF SERVICE**

     I certify that a true and correct copy of this pleading has been forwarded via electronic filing or facsimile to all counsel of record, on this the 18th day of July, 2018 to:

  Matthew M Zarghouni
  Zar Law Firm
  7322 Southwest Freeway, Suite 1965
  Houston, Texas 77074

                                      */s/ Martin R. Sadler*
                                      Martin R. Sadler